IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAINER U. ZIEHM, | : |
| Plaintiff, | : |
| v. | : Case No. 13-cv-01134 |
| | : Judge George C. Smith |
| | : Magistrate Judge Norah McCann King |
| FINELIGHT, INC., | : |
| Defendant. | : |

## CONSENT JUDGMENT

Whereas, the parties have agreed, through counsel, as indicated below, to the entry of a consent judgment for the action on account as alleged in the complaint. (Doc. 1). Further, this court finds it has proper subject matter jurisdiction under 28 U.S.C. 1332(a)(1) and that service has been perfected upon the defendant. (Doc. 5).

Wherefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that a judgment is entered in favor of plaintiff Rainer U. Ziehm against defendant Finelight, Inc. in the sum of two hundred and twenty nine thousand dollars and 03/100 ($229,000.03) plus applicable interest at the current federal rate as set forth in 28 U.S.C. 1961.

IT IS SO ORDERED.

*/s/ George C. Smith*
JUDGE GEORGE C. SMITH
United States District Court Judge

APPROVED BY:

/s/ *Andrew Mills Holford*
Andrew Mills Holford (0074091)
JOHRENDT & HOLFORD
250 E. Broad Street, Suite 200
Columbus, OH 43215
Telephone No.: (614) 464-0082
Facsimile No.: (614) 463-1296
e-mail: aholfordt@johrendt-holford.com

Counsel for Plaintiff Rainer U. Ziehm


/s/ *Ann J. Hancock*
Ann J. Hancock (0087859)
Taft Stettinius & Hollister LLP
65 E. State Street, Suite 1000
Columbus, OH 43215
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
e-mail: ahancock@taftlaw.com

Counsel for Defendant Finelight, Inc.